UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | '08 MJ 1072 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Margarito CASTRO-Galvan,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

FILED
08 APR -7 AM 11: 17

The undersigned complainant, being duly sworn, states:

On or about **April 4, 2008** within the Southern District of California, defendant, **Margarito CASTRO-Galvan,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th** DAY OF **APRIL 2008.**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Margarito CASTRO-Galvan

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On April 4, 2008, at approximately 12:13 P.M., Border Patrol Agent S. E. Pair was performing line watch duties near an area known as "Smugglers Canyon". This area is approximately four miles west of the San Ysidro, California, Port of Entry and is approximately 25 yards north of the United States/Mexico International Boundary Fence.

While en route to assist another agent, Border Patrol Agents A. Preciado and Pair observed an individual sitting approximately 15 yards from the international boundary above "Vallina's Bridge" at the south end of "Smuggler's Canyon." The individual, who was later identified as the defendant Margarito CASTRO-Galvan informed Agent Preciado and Pair that he had injured his right ankle by attempting to climb north over the United States/Mexico international boundary fence. Agent Pair identified himself as a United States Border Patrol Agent and called for an Emergency Medical Technician via his hand-held radio. At approximately 11:55 A.M., Emergency Medical Technician/Border Patrol Agent C. Coleman responded to the area and evaluated the defendant. Agent Coleman iced and wrapped the injured right ankle. After being evaluated, Agent Pair questioned the defendant as to his country of citizenship and nationality. The defendant freely admitted that he was a citizen and national of Mexico and that he possessed no immigration documentation permitting him to enter or remain in the United States legally. The defendant was arrested and transported to the Imperial Beach station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 9, 2008 through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on April 6, 2008 at 9:00 a.m.

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on April 4, 2008, in violation of Title 8, United States Code, Section 1326.

_____
Peter C. Lewis
United States Magistrate Judge

4-6-08 @ 11:38 a.m.
Date/Time